UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:18-00261 |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| ERIC SWARBRICK | ) | 18 U.S.C. § 2261A(2)(B) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

From on or about January 19, 2018, the exact date being unknown to the Grand Jury, until on or about August 29, 2018, in the Western District of Texas, the Middle District of Tennessee, and elsewhere, **ERIC SWARBRICK**, knowingly and willfully did transmit in interstate and foreign commerce from the State of Texas to the State of Tennessee, via electronic mail, the United States Postal Service, and internet websites, communications containing threats to injure T.S., specifically, the defendant threatened to rape and kill T.S., among other acts.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

From on or about January 19, 2018, the exact date being unknown to the Grand Jury, until on or about August 29, 2018, in the Western District of Texas, the Middle District of Tennessee, and elsewhere, **ERIC SWARBRICK**, with the intent to injure, harass, and cause substantial emotional distress to a person in another state, S.B., used facilities of interstate and foreign commerce, including electronic mail, the United States Postal Service, and internet

websites, to engage in a course of conduct that caused substantial emotional distress to the victim and placed him in reasonable fear of death or serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

███████████████

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

*[signature]*

SIJI MOORE
ASSISTANT UNITED STATES ATTORNEY